JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE LEWIS, | ) | No. 2:20-cv-11121-JVS (JDE) |
|        Petitioner, | ) | |
| | ) | JUDGMENT |
|        v. | ) | |
| UNKNOWN, | ) | |
|        Respondent. | ) | |
| | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated:  December 22, 2020

JAMES V. SELNA
United States District Judge